UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                              Case No: 8:23-cv-1479-CEH-TGW

JOHN DOE subscriber assigned IP address 35.139.200.194, an individual,

    Defendant.

_____

## ORDER

This cause comes before the Court on Plaintiff Strike 3Holdings, LLC's Notice of Voluntary Dismissal Without Prejudice of John Doe (Doc. 19). In the Notice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses its claims without prejudice.

In accord with the Notice of Voluntary Dismissal Without Prejudice of John Doe, it is **ORDERED:**

1) This cause is dismissed without prejudice.

2) The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on January 17, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record and Any Unrepresented Parties